In the Matter of the Claim of JAY VELIE, Respondent. TED COLLINS CORPORATION, Appellant; EDWARD CORSI, as Industrial Commissioner, et al., Respondents.

Argued February 20, 1945; decided April 5, 1945.

*Myron Engleman* for appellant.

*Nathaniel L. Goldstein, Attorney-General (Francis R. Curran* and *Orrin G. Judd* of counsel), for Edward Corsi, as Industrial Commissioner, respondent.

*Mortimer Becker* for claimant, respondent.

*George S. Herr* and *Oscar McPeak* for General Foods Sales Co., respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY and DESMOND, JJ. Taking no part: THACHER and DYE, JJ.